UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-7951-JFW (KS)                                   Date: January 25, 2022

Title   _Hector Pacheco v. Ralph Diaz_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: N/A                 Attorneys Present for Defendant: N/A

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 18, 2020, Plaintiff, a California inmate proceeding _pro se_ and _in forma pauperis_ filed a civil rights complaint ("Complaint"). (Dkt. Nos. 1, 10.) On December 1, 2021, the Court dismissed the Complaint for failure to state a claim. (Dkt. No. 8.) The Court directed Plaintiff to file his First Amended Complaint—or a notice of voluntary dismissal—within 21 days, _i.e._, no later than December 22, 2021. (_Id._) More than a month has passed since Plaintiff's deadline for filing a First Amended Complaint correcting the defects identified by the Court, but, to date, Plaintiff has not filed a First Amended Complaint, requested an extension of time to do so, or communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's December 1, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 15, 2022**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing <u>one</u> of the following:

(1) a First Amended Complaint correcting the defects identified in the Court's December 1, 2021 Order; <u>or</u>

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 21-7951-JFW (KS)                                          Date: January 25, 2022

Title     *Hector Pacheco v. Ralph Diaz*

(2) a request for an extension of time to file a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to timely comply with this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's December 1, 2021 Order (Dkt. No. 13) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

:

Initials of Preparer   gr