JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR PACHECO, | ) | NO. CV 21-07951 JFW (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| RALPH DIAZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing Complaint Without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   March 9, 2022

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1